# Exhibit A

FILED
6/9/2025 2:44 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L007391
Calendar, D
33068590

FILED DATE: 6/9/2025 2:44 PM 2025L007391

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| PHYLLIS COURTNEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2025L007391 |
| | ) |
| SONESTA HIGGINS ROAD, LLC | ) |
| a Maryland corporation, SONSETA | ) |
| INTERNATIONAL HOTELS CORPORATION,) | |
| a Maryland corporation, and FUJITEC | ) |
| AMERICA INC, a Delaware Corporation | ) JURY DEMAND |
| | ) |
| Defendants, | ) |

## COMPLAINT AT LAW

### COUNT I – NEGLIGENCE
### Sonesta Higgins Road, LLC

NOW COMES Plaintiff, Phyllis Courtney, by her attorneys, KRALOVEC CONBOY, and complaining of Defendant, SONSETA HIGGINS ROAD LLC, states as follows:

1.     At all times relevant hereto, SONSETA HIGGINS ROAD LLC is a Maryland corporation licensed to do business in the State of Illinois, County of Cook.

2.     At all times relevant hereto, SONSETA HIGGINS ROAD LLC operated the hotel known as Sonesta Chicago O'Hare located at 10233 W. Higgins Road in the City of Rosemont, County of Cook.

3.     That on June 10, 2023, and all times relevant hereto, Plaintiff Phyllis Courtney was lawfully upon the aforementioned premises.

4.     That on June 10, 2023, Plaintiff Phyllis Courtney entered into one of the elevators on Defendant's premises.

1

5.     That on June 10, 2023, the aforementioned elevator had closed upon the Plaintiff's right arm.

6.     That at all times relevant hereto, there existed a duty of the Defendant, SONSETA HIGGINS ROAD LLC, by and through its agents, servants, and employees to exercise the highest degree of care and caution in the ownership, leasing, operation, management, maintenance, and/or control of said elevator and the elevator door thereof, so that same would be in a good, safe and proper working condition for persons legally and lawfully in and upon said premises to use, occupy, enter and exit said elevator, and so as not to cause harm and injury to such persons.

7.     In violation of this duty, Defendant SONSETA HIGGINS ROAD LLC by and through its agents, servants, and employees, acted or failed to act in one or more of the following ways, amounting to careless and negligent conduct when Defendant knew or should have known of the aforementioned defective, dangerous, or hazardous condition:

    a.  Failed to properly maintain the elevator;

    b.  Failed to properly inspect the elevator;

    b.  Failed to have a proper sensor to prevent the door from improperly closing;

    b.  Carelessly and negligently allowing said elevator to remain in an unsafe condition; and/or

    b.  Was otherwise careless and/or negligent.

8.     That as a direct and proximate result of one or more of the following careless and negligent acts and/or omissions on the part of the defendant, SONSETA HIGGINS ROAD LLC, The Plaintiff suffered severe and permanent injuries and was forced to seek and will continue to seek extensive hospital and medical services in an effort to be cured of her maladies.

2

WHEREFORE, Plaintiff, Phyllis Courtney, by her attorneys, KRALOVEC CONBOY, demands judgment against Defendant, SONSETA HIGGINS ROAD LLC, in such sums of money in excess of this Court's jurisdictional requisite that will fairly and adequately compensate for the losses alleged.

**COUNT II – NEGLIGENCE**
**SONSETA INTERNATIONAL HOTELS CORPORATION**

NOW COMES Plaintiff, Phyllis Courtney, by her attorneys, KRALOVEC CONBOY, and complaining of Defendant, SONSETA INTERNATIONAL HOTELS CORPORATION, states as follows:

1.	At all times relevant hereto, SONSETA INTERNATIONAL HOTELS CORPORATION, is a Maryland corporation licensed to do business in the State of Illinois, County of Cook.

2.	At all times relevant hereto, SONSETA INTERNATIONAL HOTELS CORPORATION, operated the hotel known as Sonesta Chicago O'Hare located at 10233 W. Higgins Road in the City of Rosemont, County of Cook.

3.	That on June 10, 2023, and all times relevant hereto, Plaintiff Phyllis Courtney was lawfully upon the aforementioned premises.

4.	That on June 10, 2023, Plaintiff Phyllis Courtney entered into one of the elevators on Defendant's premises.

5.	That on June 10, 2023, the aforementioned elevator had closed upon the Plaintiff's right arm.

6.	That at all times relevant hereto, there existed a duty of the Defendant, SONSETA INTERNATIONAL HOTELS CORPORATION,, by and through its agents, servants, and employees to exercise the highest degree of care and caution in the ownership, leasing, operation,

3

management, maintenance, and/or control of said elevator and the elevator door thereof, so that same would be in a good, safe and proper working condition for persons legally and lawfully in and upon said premises to use, occupy, enter and exit said elevator, and so as not to cause harm and injury to such persons.

7.     In violation of this duty, Defendant SONSETA INTERNATIONAL HOTELS CORPORATION, by and through its agents, servants, and employees, acted or failed to act in one or more of the following ways, amounting to careless and negligent conduct when Defendant knew or should have known of the aforementioned defective, dangerous, or hazardous condition:

   a.  Failed to properly maintain the elevator;

   b.  Failed to properly inspect the elevator;

   b.  Failed to have a proper sensor to prevent the door from improperly closing;

   b.  Carelessly and negligently allowing said elevator to remain in an unsafe condition; and/or

   b.  Was otherwise careless and/or negligent.

8.     That as a direct and proximate result of one or more of the following careless and negligent acts and/or omissions on the part of the defendant, SONSETA INTERNATIONAL HOTELS CORPORATION,, The Plaintiff suffered severe and permanent injuries and was forced to seek and will continue to seek extensive hospital and medical services in an effort to be cured of her maladies.

WHEREFORE, Plaintiff, Phyllis Courtney, by her attorneys, KRALOVEC CONBOY, demands judgment against Defendant, SONSETA INTERNATIONAL HOTELS CORPORATION,, in such sums of money in excess of this Court's jurisdictional requisite that will fairly and adequately compensate for the losses alleged.

FILED DATE: 6/9/2025 2:44 PM 2025L007391

4

FILED DATE: 6/9/2025 2:44 PM   2025L007391

## COUNT III – NEGLIGENCE
## FUJITEC AMERICA, INC

NOW COMES Plaintiff, Phyllis Courtney, by her attorneys, KRALOVEC CONBOY, and complaining of Defendant, FUJITEC AMERICA INC., states as follows:

1. At all times relevant hereto, FUJITEC AMERICA INC. is a Delaware corporation licensed to do business in the State of Illinois, County of Cook.

2. At all times relevant hereto, Sonesta Higgins Road, LLC operated the hotel known as Sonesta Chicago O'Hare located at 10233 W. Higgins Road in the City of Rosemont, County of Cook.

3. At all times relevant hereto, FUJITEC AMERICA INC. manufactured and maintained the elevators at the hotel known as Sonesta Chicago O'Hare located at 10233 W. Higgins Road in the City of Rosemont, County of Cook.

4. That on June 10, 2023, and all times relevant hereto, Plaintiff Phyllis Courtney was lawfully upon the aforementioned premises.

5. That on June 10, 2023, Plaintiff Phyllis Courtney entered into one of the elevators on Defendant's premises.

6. That on June 10, 2023, the aforementioned elevator had closed upon the Plaintiff's right arm.

7. That at all times relevant hereto, there existed a duty of the Defendant, FUJITEC AMERICA INC., by and through its agents, servants, and employees to exercise the highest degree of care and caution in the ownership, leasing, operation, management, maintenance, and/or control of said elevator and the elevator door thereof, so that same would be in a good, safe and proper working condition for persons legally and lawfully in and upon said premises to use, occupy, enter and exit said elevator, and so as not to cause harm and injury to such persons.

5

8.     In violation of this duty, Defendant FUJITEC AMERICA INC. by and through its agents, servants, and employees, acted or failed to act in one or more of the following ways, amounting to careless and negligent conduct when Defendant knew or should have known of the aforementioned defective, dangerous, or hazardous condition:

   a.   Failed to properly maintain the elevator;

   b.   Failed to properly inspect the elevator;

   b.   Failed to have a proper sensor to prevent the door from improperly closing;

   b.   Carelessly and negligently allowing said elevator to remain in an unsafe condition; and/or

   b.   Was otherwise careless and/or negligent.

9.     That as a direct and proximate result of one or more of the following careless and negligent acts and/or omissions on the part of the defendant, FUJITEC AMERICA INC., The Plaintiff suffered severe and permanent injuries and was forced to seek and will continue to seek extensive hospital and medical services in an effort to be cured of her maladies.

WHEREFORE, Plaintiff, Phyllis Courtney, by her attorneys, KRALOVEC CONBOY, demands judgment against Defendant, FUJITEC AMERICA INC., in such sums of money in excess of this Court's jurisdictional requisite that will fairly and adequately compensate for the losses alleged.

Joseph M. Conboy

Joseph M. Conboy
**KRALOVEC CONBOY LLC**
53 W. Jackson Blvd., Suite 1150

6

FILED DATE: 6/9/2025 2:44 PM   2025L007391

Chicago, IL 60604
Ph: (312) 726-9000
Joe@KralovecConboy.com
Docket@KralovecConboy.com
Firm I.D. 101218

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 8/5/2025 10:00 AM

FILED
6/9/2025 2:44 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L007391
Calendar, D
33068590

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| PHYLLIS COURTNEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2025L007391 |
| | ) | |
| SONESTA HIGGINS ROAD, LLC | ) | |
| a Maryland corporation, SONSETA | ) | |
| INTERNATIONAL HOTELS CORPORATION,) | | |
| a Maryland corporation, and FUJITEC | ) | |
| AMERICA INC, a Delaware Corporation | ) | JURY DEMAND |
| | ) | |
| Defendants, | ) | |

## AFFIDAVIT OF DAMAGES
## SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney

representing the Plaintiff in the above-entitled cause of action seeking money damages or

collection of taxes and states that this cause of action does exceed $50,000.00.

Joseph M. Conboy
*Attorney for the Plaintiff*

Joseph M. Conboy
**KRALOVEC CONBOY LLC**
53 W. Jackson Blvd., Suite 1150
Chicago, IL 60604
Ph: (312) 726-9000
Firm I.D. 24797
Joe@KralovecConboy.com
Docket@KralovecConboy.com
Firm I.D. 101218

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 8/5/2025 10:00 AM

FILED
6/9/2025 2:44 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L007391
Calendar, D
33068590

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

PHYLLIS COURTNEY )
)
Plaintiff, )
)
v. ) No. 2025L007391
)
SONESTA HIGGINS ROAD, LLC )
a Maryland corporation, SONSETA )
INTERNATIONAL HOTELS CORPORATION,) 
a Maryland corporation, and FUJITEC )
AMERICA INC, a Delaware Corporation ) **JURY DEMAND**
)
Defendants, )

## JURY DEMAND

The undersigned hereby demands a trial by jury.

Joseph M. Conboy

Joseph M. Conboy
**KRALOVEC CONBOY LLC**
53 W. Jackson Blvd., Suite 1150
Chicago, IL 60604
Ph: (312) 726-9000
Joe@KralovecConboy.com
Docket@KralovecConboy.com
Firm I.D. 101218